NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1443

REVOLUTION EYEWEAR, INC.

Plaintiff/Counterclaim Defendant-
Appellant,

v.

ASPEX EYEWEAR, INC. and THIERY IFERGAN,

Defendants/Counterclaimants-
Appellees,

and

MANHATTAN DESIGN STUDIO, INC., CONTOUR OPTIK, INC.,
and ASAHI OPTICAL CO. LTD.,

Counterclaimants-Appellees.

Appeal from the United States District Court for the Central District of California in case
no. 02-CV-01087, Judge Virginia A. Phillips.

ON MOTION

Before MAYER, Circuit Judge.

O R D E R

Revolution Eyewear, Inc. moves for a stay, pending appeal, of the judgment
entered by the United States District Court for the Central District of California on
February 25, 2008.

Upon consideration thereof,

IT IS ORDERED THAT:

Aspex Eyewear, Inc. et al. and Manhattan Design Studio, Inc. et al. are directed to respond within seven calendar days of the date of filing of this order.

FOR THE COURT

JUL 13 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  R. Joseph Trojan, Esq.
     Michael Nicodema, Esq.
     Jeffrey K. Joyner, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 13 2009

JAN HORBALY
CLERK

2009-1443                    2